

U.S. Department...

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

**RECEIVED**
AUG 19 2010
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

August 19, 2010

By fax: 212.805.7990

The Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Musumeci v. Department of Homeland Security*, 10 Civ. 3370 (RJH) (JLC)

Dear Judge Cott:

    This Office represents defendants (the "government") in the above-named action. I am writing to request an extension of time to answer or move with respect to the complaint until September 7, 2010. The government's response is currently due on August 23, 2010. This is the government's third request for such an extension; the first two were granted. Counsel for plaintiff has consented to this request. We seek this extension because the parties are close to reaching a resolution of this matter without further litigation, and need a short additional period to finalize the agreement.

    Thank you for your consideration.

The request for an extension until September 7, 2010 is GRANTED.

**SO ORDERED:**

_____
Hon. James L. Cott
United States Magistrate Judge  8/20/10

Respectfully,

PREET BHARARA
United States Attorney

By: _____
BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

cc:    Christopher Dunn, Esq. (by fax: 212.607.3318)