

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/10

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

RECEIVED
SEP 02 2010
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

September 2, 2010

By fax: 212.805.7990

The Honorable James L. Cott
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Musumeci v. Department of Homeland Security*, 10 Civ. 3370 (RJH) (JLC)

Dear Judge Cott:

This Office represents defendants (the "government") in the above-named action. I am writing to request, on behalf of plaintiff and the government, an extension of the government's time to answer or move with respect to the complaint until October 1, 2010. The government's response is currently due on September 7, 2010. This is the fourth request for such an extension; the first three were granted. Counsel for plaintiff joins this request. We seek this extension because the parties are close to, and continue to make progress toward, reaching a resolution of this matter without further litigation, and need the additional time to finalize the agreement.

Thank you for your consideration.

Respectfully,

PREET BHARARA
United States Attorney

SO ORDERED:

Hon. James L. Cott
United States Magistrate Judge  9/2/10

By: _____
BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

cc: Christopher Dunn, Esq. (by fax: 212.607.3318)

USDC SDNY
DATE SCANNED 9/3/10

TOTAL P.02